■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JEROME KEITT, Appellant. [847 NYS2d 857]—Judgment, Supreme Court, New York County (William A. Wetzel, J.), rendered November 20, 2006, convicting defendant, after a jury trial, of burglary in the second degree, and sentencing him, as a second violent felony offender, to a term of 12 years, unanimously affirmed.

The court's *Sandoval* ruling balanced the appropriate factors and was a proper exercise of discretion (*see People v Hayes*, 97 NY2d 203 [2002]; *People v Walker*, 83 NY2d 455, 458-459 [1994]). The court imposed appropriate limitations on the prosecutor's inquiry into defendant's extensive criminal record.

We perceive no basis to reduce the sentence. Concur—Andrias, J.P., Nardelli, Buckley and Catterson, JJ.